DELFINO MADDEN O'MALLEY
COYLE & KOEWLER LLP
MONICA S. HANS (Bar No. 227379)
TIFFANY OWEN (Bar No. 305992)
500 Capitol Mall, Suite 1550
Sacramento, CA 95814
Telephone: (916) 661-5700
Facsimile: (916) 661-5701
mhans@delfinomadden.com
tmonroe@delfinomadden.com

Attorneys for Defendant
ACCLAMATION INSURANCE
MANAGEMENT SERVICES

JS6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAM PRUITT, an individual,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COUNTY OF LOS ANGELES, a public entity, ACCLAMATION INSURANCE MANAGEMENT SERVICES, and DOES 1 through 100, inclusive,<br><br>　　　　　Defendants. | CASE NO. 2:16-cv-02729 MWF-JPR<br><br>Complaint Filed: November 16, 2015<br>Trial Date:　　　June 6, 2017<br><br>**ORDER APPROVING STIPULATION AND DISMISSAL WITH PREJUDICE** |

**ORDER APPROVING STIPULATION AND DISMISSAL WITH PREJUDICE**

The Court, having considered the parties' stipulation submitted herein, HEREBY ORDERS:

1. That this action is dismissed with prejudice in its entirety as to Defendant Acclamation Insurance Management Services pursuant to Federal Rule of Civil Procedure 41(a)(2) based upon the terms and conditions stated in the Settlement Agreement.

2. That the Clerk of the Court enter final judgment dismissing this action with prejudice and in its entirety as to Defendant Acclamation Insurance

{00091196.1}　　　　　　　　　　　　　　1

ORDER

1 | Management Services.

2 | **IT IS SO ORDERED**.

4 | Dated: February 14, 2017

_____
The Honorable Michael W. Fitzgerald
United States District Court Judge

{00091196.1}                                   2
[PROPOSED] ORDER